UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNIFER SHAFFER, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00470-AWI-JDP (PC)<br><br>ORDER ON FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 1 & 13) |

   Keith A. Brown ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   Magistrate Judge Jeremy Peterson entered findings and recommendations, recommending that plaintiff has stated due process claims against defendants Shaffer, Minor, and O'Hara, but that plaintiff's remaining claims be dismissed without prejudice and that he be granted leave to amend the complaint. (ECF No. 13).

   Plaintiff was provided an opportunity to file objections to the findings and recommendations. Plaintiff filed his objections on May 23, 2019. (ECF No. 14).

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations (Doc. No. 13) are ADOPTED, consistent with this order; this case shall proceed on Plaintiff's due process claims against defendants Shaffer, Minor and O'Hara, and Plaintiff's remaining claims are dismissed without prejudice;

2. Within thirty (30) days of service of this order, Plaintiff may file an amended complaint;

3. If Plaintiff timely files an amended complaint, then the Magistrate Judge shall screen the amended complaint; and

4. Failure by Plaintiff to file a timely amended complaint will result in the withdrawal of leave to amend;

5. If Plaintiff does not timely file an amended complaint, then the remaining Defendants shall file a response to Plaintiff's complaint within sixty (60) days of this order.

IT IS SO ORDERED.

Dated: __July 14, 2020__                              _____
                                                                    SENIOR DISTRICT JUDGE