UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. BROWN,<br><br>        **Plaintiff,**<br><br>    v.<br><br>JENNIFER SHAFFER, et al.,<br><br>        **Defendants.** | CASE NO. 1:18-cv-00470-AWI-HBK (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. No. 33) |

Plaintiff Keith A. Brown is a state prisoner proceeding pro se with a first-amended complaint filed under 42 U.S.C. § 1983. Doc. No. 11. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On September 28, 2021, the assigned magistrate judge issued a findings and recommendations, which recommended that Defendants' motion to dismiss be granted and other motions be denied as moot. Doc. No. 33. The findings and recommendations were served on Plaintiff and contained notice that objections were due within fourteen days. Id. at 1, 16. Plaintiff timely filed objections on October 14, 2021. Doc. No. 34.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 33) that were issued on September 28, 2021, are ADOPTED in full;

2. Defendants' motion to dismiss (Doc. No. 26) is GRANTED;

3. Plaintiff's motions for class certification and appointment of class counsel (Doc. No. 30), and for judgment on the pleadings (Doc. No. 31) are DENIED as moot; and

4. The Clerk of Court shall ENTER judgment and CLOSE this case.

IT IS SO ORDERED.

Dated: October 18, 2021

_____
SENIOR DISTRICT JUDGE